**People of State of Illinois ex rel. Henry Dickwisch, Plaintiff in Error, v. Virginia Ruffcorn et al., Defendants in Error.**

**Gen. No. 9,502.**

opinion filed May 28, 1946; released for publication June 24, 1946. George F. Barrett, Attorney General, and Samuel J. Naylor, State's Attorney, for plaintiff in error; no appearance for defendants in error. Opinion by JUSTICE DADY. **Not to be published in full.**